**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00211-CR

**WAYNE ALBERT RODGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-06-87728-W**

## ORDER

The Court **REINSTATES** the appeal.

On June 27, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the July 9, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
JUSTICE